[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 12, 2008
THOMAS K. KAHN
CLERK

No. 07-12675
Non-Argument Calendar

_____

D.C. Docket No. 06-00499-CR-T-23-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS PERLAZA-OBANDO,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(February 12, 2008)**

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Ryan Truskoski, appointed counsel for Carlos Perlaza-Obando in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Perlaza-Obando's conviction and sentence are **AFFIRMED**.